David A. Katz, SBN 112874
Katz & Associates
9465 Wilshire Blvd. Suite 300
Beverly Hills, CA 90212
Telephone: (818) 281-8815
Email: katznassoc@aol.com
Attorney for Defendant JUAN THOLA-DURAN

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-471-MWF |
| Plaintiff, | DEFENDANT JUAN THOLA-DURAN'S UN-OBJECTED TO EX PARTE APPLICATION FOR A 7-DAY EXTENSION OF TIME TO SUBMIT OPPOSITION AND OBJECTIONS TO THE GOVERNMENT'S PROTECTIVE ORDER; DECLARATION |
| v. | |
| JUAN THOLA-DURAN, | |
| Defendant. | |
| | Proposed order filed separately |

TO THE HONORABLE U.S. DISTRICT JUDGE MICHAEL W. FITZGERALD AND TO THE U.S. ATTORNEY FOR THIS DISTRICT:

PLEASE TAKE NOTICE that Defendant JUAN THOLA-DURAN, through counsel, hereby applies, without objection, and ex parte, for a 7-day extension of time, until January 10, 2025 to submit opposition and objections to the protective order sought by the government, and for a government extension to January 17, 2025 to reply. The government does not oppose this ex parte application, which is based on the following declaration and the entire file and record in this case.

Dated: January 3, 2025                                    Respectfully submitted,

                                                  ___/s/_____

                                                  David A. Katz

                                                  Counsel for Mr. Thola-Duran

## DECLARATION OF DAVID A. KATZ

I, David A. Katz, declare as follows:

1. The facts set forth below are personally known to me, and I have first-hand knowledge of them. If called upon to do so, I could and would testify competently to those facts under oath.

2. I am an attorney licensed to practice law in the State of California and a member of the State Bar of California and the Bar of this District.

3. I am the attorney of record for defendant Thola-Duran in this case.

4. The government had suggested to me the dates of January 10 for opposition and January 17 for reply.

5. On December 16, the government had written to me that "Discovery pertaining to the Count One overt acts contain a lot of victim and source information, so we need a protective order to produce it. As you know, we have not yet obtained the PO, in part because . . . of your [i.e. my] objections." So I had hoped to be able to file my objections by January 3, desiring to receive sooner the discovery at issue.

6. That became harder than I had expected, because the government memorandum cited about 20 cases.

7. Then at 5:51 last evening, I received an email from the government in another case that it needs to know whether that client "is willing to accept a plea offer of the type outlined in the attached draft document. If so, please advise us of that fact no later than 5:00 p.m. on Monday, January 6, 2025."

8. I then had to shift my focus away from work on my opposition in this case last evening and today, to respond to the government by Monday.

9. I corresponded with the government and it does not object to my request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2025                    __/s/_____
                                          David A. Katz
                                          Counsel for Defendant